**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:  Central States Logistics, Inc. d/b/a Diligent Delivery Systems v. BOC Trucking, LLC amd Clarence J. Meyers, III individually and d/b/a BOC Logistics

Appellate case number:  01-16-00693-CV

Trial court case number:  2014-28384

Trial court:  281st District Court of Harris County

It is ORDERED that the motion for rehearing is denied.

Judge's signature: ____/s/ Laura C. Higley_____
                     Acting for the Court

Panel consists of Justices Jennings, Keyes, and Higley.

Date: __December 13, 2018_____